UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>              Plaintiff,<br>    vs.<br>P. FINANDER, et al.,<br>              Defendants.<br>_____ | Case No. CV 12-2340 PA (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: July 4, 2012

                                        _____
                                        HON. PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE