1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAQUES FEARENCE, | ) | Case No. CV 12-2340 PA (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| P. FINANDER, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: July 4, 2012      _____
                        HON. PERCY ANDERSON
                        UNITED STATES DISTRICT JUDGE